UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY LUIS URENA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:25-cv-00062-JLT-GSA<br>**ORDER STRIKING FINDINGS AND RECOMMENDATIONS AND EXTENDING OBJECTION DEADLINE**<br>**(ECF No. 20)** |

The Findings and Recommendations issued on August 18, 2026 (ECF No. 20) contained a clerical error on the first page and will be stricken and a corrected version will be reissued.

Accordingly, it is **ORDERED** that the clerk is directed to **STRIKE** ECF no. 20.

It is further **ORDERED** that the parties' objection deadline is **EXTENDED** to and including September 9, 2026.

IT IS SO ORDERED.

Dated: **August 25, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE